IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DARIUS ALLEN                                                               PETITIONER

VERSUS                                            CIVIL ACTION NO. 5:23-cv-59-DCB-BWR

HERBERT YOUNG                                                             RESPONDENT

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order of Dismissal entered this date and incorporated herein by reference,

IT IS, THEREFORE, ORDERED AND ADJUDGED that, this civil action filed pursuant to 28 U.S.C. § 2241 is dismissed with prejudice as to the claims seeking to dismiss the state criminal charges and without prejudice as to the claims seeking to force the State of Mississippi to bring him to trial for failure to exhaust state court remedies prior to filing this petition.

SO ORDERED AND ADJUDGED, this the 27th day of February, 2024.

s/David Bramlette
UNITED STATES DISTRICT JUDGE